# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:

**FRED DALE VAN WINKLE,**

    Debtor,                                      No. 13-11743-j7

**TAMMY SPRAGUE as PERSONAL REPRESENTATIVE OF THE ESTATE OF FRED DALE VAN WINKLE,**

    Plaintiff,

v.

**BELLEVIEW VALLEY LAND CO., INC., JOHN WILLIAMS and ELLEN B. WILLIAMS,**

    Defendants.

                                          Adv. No. 15-1047

## CERTIFICATE OF SERVICE OF
## SUMMONS AND AMENDED COMPLAINT

I hereby certify that on June 26, 2015, a copy of the foregoing, the Summons and Amended Complaint were sent by U.S. mail and electronic mail with exhibits, and by facsimile without exhibits to W. T. Martin, Jr., Attorney for the Defendants, P.O Box 2168, Carlsbad, NM 88221-2168, martinlaw@zianet.com, fax number (575) 887-2136.

                                          <u>Electronically filed</u>
                                          R. "Trey" Arvizu, III
                                          Attorney for Debtor/Plaintiff
                                          PO Box 1479
                                          Las Cruces NM 88004-1479
                                          (575) 527-8600
                                          (575) 527-1199 fax