UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,				Case No. 13-11743 t7

    Debtor.

TAMMY SPRAGUE, as PR for the estate
of Fred Dale Van Winkle,

    Plaintiff,

v.							Adv. No. 15-01047

JOHN WILLIAMS,
ELLEN B. WILLIAMS,
and BELLEVIEW VALLEY LAND CO., INC.,

    Defendants.

## **FINAL JUDGMENT**

This matter came before the Court on remand from the Tenth Circuit Bankruptcy Appellate Panel. *See* 583 B.R. 759 (10th Cir. BAP 2018). For the reasons set forth in the opinion entered herewith, the Court enters this final judgment in favor of Plaintiff against Defendants.

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Tammy Sprague, as personal representative for the estate of Fred Dale Van Winkle, is hereby granted a money judgment against Defendants John Williams, Ellen B. Williams, and Belleview Valley Land Co., Inc., jointly and severally, in the amount of $39,241.46. The judgment shall bear interest from February 22, 2019, until paid at the federal judgment rate.

/s/ David T. Thuma
_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: February 22, 2019

Copies to: counsel of record