UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE TENTH CIRCUIT

_____

| | |
|---|---|
| IN RE FRED DALE VAN WINKLE, <br><br> Debtor. <br> _____ <br><br> TAMMY SPRAGUE, personal representative of the estate of Fred Dale Van Winkle, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JOHN WILLIAMS, ELLEN B. WILLIAMS, BELLEVIEW VALLEY LAND CO., <br><br> Defendants - Appellants. | BAP No. NM-19-009 <br><br><br><br> Bankr. No. 13-11743 <br> Adv. No. 15-01047 <br> Chapter 7 <br><br><br><br><br><br> ORDER DISMISSING APPEAL |

_____

Before **CORNISH**, **ROMERO**, and **SOMERS**, Bankruptcy Judges.

_____

The matter before the Court is the *Motion to Dismiss Appeal* filed by the Appellants on May 7, 2019 [BAP ECF No. 16]. The Appellee's deadline to respond has expired and no response has been filed.

Accordingly, it is hereby ordered that:

1. The appeal is DISMISSED;

2. All deadlines previously set by the Court are VACATED.

3. The mandate shall issue without delay.

For the Panel

*Blaine F. Bates*

Blaine F. Bates
Clerk of Court